```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

LULA AUGUSTA BRUNS                                        PLAINTIFF

      v.              Civil No. 10-2181

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                             DEFENDANT

## **J U D G M E N T**

Now on this 12th day of October 2011, comes on for consideration the Report and Recommendation dated September 22, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         HONORABLE ROBERT T. DAWSON
                         UNITED STATES DISTRICT JUDGE
```